1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7
8

CARPENTERS HEALTH & SECURITY
TRUST OF WESTERN WASHINGTON, et al.

CASE NO. C14-1421RSM

ORDER TO SHOW CAUSE

9
10

Plaintiffs,

v.

11
12

LA INTERIORS NORTHWEST, LLC,

Defendant.

13
14
15
16
17
18

This matter comes before the Court *sua sponte* on the Court's June 25, 2018 Minute Order. Therein, the Court noted that no activity had occurred in this matter since October 21, 2014, when Plaintiff filed notice that Defendant had filed for bankruptcy. Dkt. #11. The Court directed the parties to file a Status Report no later than July 13, 2018. *Id.* No Status Report was filed.

19
20
21
22
23

Accordingly, **no later than fourteen (14) days from the date of this Order**, Plaintiff shall SHOW CAUSE why this case should not be dismissed for failure to prosecute and failure to comply with the Court's earlier order. The failure to timely respond to this Order may result in the immediate dismissal of this action.

24

Dated this 17 day of July, 2018.

25
26

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1